**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.     **CV 15-7960-JFW (PLAx)**                              Date: October 19, 2015

Title:      Alfred R. Trepte, Jr.-v- PHH Mortgage Corporation, et al.

---

**PRESENT:**

      HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
     None                                                                   None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER TO SHOW CAUSE RE: SANCTIONS**

     In the Defendant's Notice of Motion filed on October 16, 2015, counsel for Defendant states that "Plaintiff's counsel did not respond to repeated telephone calls seeking to meet and confer". As a result, Plaintiff's counsel David L. Smart is ordered to show cause in writing by October 23, 2015 why he should not be sanctioned in the amount of $1,500.00 for failing to respond to Defendant's efforts to comply with Local Rule 7-3.

     No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result in the imposition of sanctions and/or the dismissal of this action

     IT IS SO ORDERED.

Initials of Deputy Clerk  sr